# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

| | |
|---|---|
| IN RE: LAWNMOWER ENGINE HORSEPOWER MARKETING SALES PRACTICES LITIGATION<br><br>No. 10-3157 | ] Appeal from the United<br>] States District Court for<br>] the Eastern District of<br>] Wisconsin.<br>]<br>] No. 2:08-md-01999-LA<br>]<br>] Lynn Adelman,<br>]      Judge. |

MOTION FOR VOLUNTARY DISMISSAL

In accordance with discussions held under Federal Rule of Appellate Procedure 33, the Appellant moves the Court to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), each party to bear its own costs.

_____
Attorney for Appellant
Jeannine Miller

2/4/11
Date



**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion for Voluntary Dismissal was mailed via USPS First Class Postage Prepaid to the following on February 4, 2011:

Jonathan E. Fortman
910 S. Florissant Road
St. Louis, MO 63135
Direct: 314-522-2312

David B. Johnson, Attorney
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603-0000
Direct: 312-853-7000

K. Scott Wagner, Attorney
HALE & WAGNER
Suite 400
839 N. Jefferson Street
Milwaukee, WI 53202-0000
Direct: 414-278-7000

Michael C. Andolina, Attorney
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603-0000
Direct: 312-853-7000

John E. Galvin, Attorney
FOX GALVIN
12th floor
One S. Memorial Drive
St. Louis, MO 63102-0000
Direct: 314-588-7000

Robert D. Owen, Attorney
FULBRIGHT & JAWORSKI
33rd Floor
666 Fifth Avenue
New York, NY 10103
Direct: 212-318-3070

Suzanne K. Richards, Attorney
VORYS, SATER, SEYMOUR & PEASE
52 E. Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Direct: 614-464-6458

Howard A. Pollack, Attorney
GODFREY & KAHN
780 N. Water Street
Milwaukee, WI 53202-3590
Direct: 414-273-3500

Michelle S. Taylon, Attorney
K&L GATES LLP
Suite 2900
70 W. Madison Street
Chicago, IL 60602-0000
Direct: 312-807-4226

Roger L. Longtin, Attorney
DLA PIPER US LLP
Suite 1900
203 N. LaSalle Street
Chicago, IL 60601-1293
Direct: 312-368-4040

Joseph Campbell